**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION OF ILLINOIS**

| | |
|---|---|
| APEXUS SESAME STREET L.P. ) | |
| Plaintiff, ) | Case No. 1:23-cv-02125 |
| vs. ) | District Judge Robert W. Gettleman |
| ) | Magistrate Judge Sunil R. Harjani |
| S.C. JOHNSON & SONS, INC. ) | TRIAL BY JURY DEMANDED |
| Defendants. ) | FOR ALL COUNTS SO TRIABLE |

**JOINT STATUS REPORT**

This case has been assigned to Magistrate Judge Sunil R. Harjani. Plaintiff Apexus Sesame Street L.P. ("Apexus" or "Plaintiff") and Defendant S.C. Johnson & Son, Inc., ("SCJ" or "Defendant"; collectively, the "Parties") submit this Joint Status Report with an update on discovery and settlement discussions pursuant to the June 27, 2023 minute entry (Dkt. 17).

**A. Discovery**

1. Both Parties have provided Rule 26 initial disclosures and exchanged an initial set of document production requests and interrogatories. Plaintiff also submit an initial set of Requests for Admission. No other discovery has been completed.

2. The Parties have mutually agreed to submit answers and objections to initial discovery requests by September 8, 2023.

3. Neither Party currently requests any changes to the discovery schedule except as may be needed to accommodate a settlement conference.

**B. Settlement Discussions**

4. On August 23, 2023, Plaintiff presented Defendant with its initial settlement position, Defendant made a competing settlement proposal on August 29, 2023 and Plaintiff responded on September 6, 2023.

5. At this stage, the parties believe that the possibility of settlement would be enhanced by a session with the Magistrate Judge and request a setting.

September 8, 2023                                                          Respectfully submitted,

Daniel Lynch (Atty No. 6202499)
Emily Salomone (Atty No. 6343015)
Lynch Thompson LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
312-346-1600/312-667-9231 (fax)
docketing@lynchthompson.com
*Attorneys for Plaintiff*
*Apexus Sesame Street L.P.*

| | |
|---|---|
| William T. Stuart, Esq.<br>State Bar No: 1023839, pro hac vice<br>wstuart@stuartsoberalski.com<br>Garrett A. Soberalski, Esq.<br>State Bar No: 1088611, pro hac vice<br>gsoberalski@stuartsoberalski.com<br>309 N. Water Street, Suite 250<br>Milwaukee, WI 53202<br>Phone: (414) 800-4117<br>Stuart & Soberalski LLC<br>*Attorneys for Defendant*<br>*S.C. Johnson & Son, Inc.* | Michael A. Alesia<br>Bar I.D. No. 6206204<br>malesia@alesialaw.com<br>1701 E. Woodfield Road, Suite 925<br>Schaumburg, IL 60173<br>Phone: 847-619-3000<br>Michael A. Alesia & Associates, P.C.<br>Local Counsel<br>*Attorney for Defendant*<br>*S.C. Johnson & Son, Inc.* |