# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Apexus Sesame Street L.P.

                          Plaintiff,

v.                                                Case No.: 1:23–cv–02125
                                                    Honorable Robert W. Gettleman

S.C. Johnson & Son, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Unopposed motion to extend settlement letter deadline [27] is granted as follows: Plaintiff's settlement letter is due 10/18/2023; Defendant's settlement is due 11/7/2023. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.